In the Matter of Proving the Will of GERTRUDE L. DONOHUE, Deceased.

FRANCIS L. DONOHUE, Appellant; HERBERT B. SMITH, Respondent.

*Will — probate — objections of testamentary incapacity and undue influence.*

*Mat er of Donohue (Will)*, 208 App. Div. 738, affirmed.

(Argued March 2, 1925; decided March 31, 1925.)

. APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 11, 1924, which affirmed a decree of the Queens County Surrogate's Court admitting to probate a paper propounded as the last will and testament of Gertrude L. Donohue, deceased. Probate was objected to upon the ground of testamentary incapacity and undue influence.

*Charles H. Tuttle* and *William S. Pettit* for appellant.
*Thomas B. Gilchrist* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

ANDREW W. RATH et al., Respondents, *v.* THE TEXAS COMPANY, Appellant.

*Negligence — destruction of property by fire arising through negligence of defendant.*

*Rath* v. *Texas Co.*, 210 App. Div. 804, affirmed.

(Argued March 3, 1925; decided March 31, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 30, 1924, affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover for loss of property by fire through the alleged negligence of defendant. Plaintiffs Rath were owners of a garage in the city of Troy. Defendant supplied them with gasoline and had contracted to replace one of the old tanks by a new and larger one. In the course of this work it became necessary to disconnect the filler pipe

from the tank.   While the pipe was so disconnected, the driver of one of defendant's gasoline supply trucks, with the intention of filling the tank, connected the supply truck with the filler pipe at the sidewalk and turned on the gasoline.   The gasoline ran out on the cellar floor and caught fire from the furnace.   The fire communicated to the building and caused the damage complained of.

*William Dike Reed, William B. Shelton* and *Thomas H. Guy* for appellant.

*Charles B. Sullivan* and *Abbott H. Jones* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE and LEHMAN, JJ. Dissenting: ANDREWS, J.   Not voting: HISCOCK, Ch. J. Not sitting: MCLAUGHLIN, J.

---

In the Matter of the Application of JULIUS KERSTEN et al., Respondents.

### THE VILLAGE OF SLOAN, Appellant.

*Appeal — unanimous affirmance of orders of Special Term appointing commissioners to assess damages from change of grade of village street and confirming their report — appeal to Court of Appeals dismissed.*

*Matter of Kersten,* 211 App. Div. 839, appeal dismissed.

(Submitted March 4, 1925; decided March 31, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 26, 1924, which unanimously affirmed two orders of Special Term one of which confirmed the report of a referee and appointed commissioners to assess the damage sustained by the petitioners and the other of which orders confirmed the report of said commissioners in a proceeding, pursuant to section 159 of the Village Law, for the assessment of damage resulting to petitioners' property from change of grade of a village street.

*William Brennan, Jr.,* for appellant.

*Herbert P. Miller* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.